# Park County Detention Center

## Grievance Form

Sheriff Department
Deputy Scott Steward

Date: January 13th
Time: 12:30 pm

Name: Rogelio Rodriguez Jr

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB -6 PM 2:43
STEPHAN HARRIS, CLERK
CHEYENNE

*Please state clearly the nature of your grievance.*

I want to file a complaint on Park County Detention center for breaking a no contact order. On January 9th I Rogelio Rodriguez Jr signed up for Bible study following the rules and regulations of rule Book informing the Deputy tower via miscellenious request. Depending on the rule Book you may not be able to attend certain programs if there are no contact orders or keep aways between you and another inmate in the facility. Thinking I was cleared to go at the Bible study was Mr Willie Ayers attending the same Bible study program in result I suffer the consequences for something that could of been avoided with PCDC's staff Professional assistance and attention I dont know whos fault it is I havent got any grievances ansered but I need ansers and relief thanks for your time Much Respect

Signature: Rogelio

---

### Response

BECAUSE THIS GRIEVANCE IS NOT ADDRESSED TO A SPECIFIC DEPUTY IT IS BEING RETURNED UNANSWERED.

Was Informed in the classroom on January 24, 2017 at approximately 1430 hrs. that he cannot address a grievance to Sheriff Steward. He must follow the grievance process and address the deputy or Sgt involved the time of complaint. Follow the chain of command.

Signature: DEPUTY WARNER TB    Date: 1/17/17

---

Do you wish to appeal? ✓ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

this grivance was not adressed to Deputy Warner it was adressed to Deputy Sherrif Scott Steward. Why was it anserd by Deputy Warner

# Park County Detention Center

## Grievance Form

Deputy Sgnt Harris

Date: January 21
Time: 5:00 pm

Name: Rogelio Rodriguez

Please state clearly the nature of your grievance.

I am writing this grievance due to the fact that I have written (3) three previous grievances on seperate issues & I have not received any response on none of them. My rule book states, My grievances will be responded to within (5) five business days. I know that my rule book is a legal document approved by Bryan Skoric (D.A) & now my rights are agian being violated.

Signature Rogelio Rodriguez

### Response

Attached Response

Signature: J Harris                                    Date: 01-30-17

---

Do you wish to appeal? __X__ (yes or no) ← Did not get to apeal Deputy Harris
If yes, why do you wish to appeal? Please answer on reverse side.

took the liberty to ex the appeal

January 30, 2017

Mr. Rodriguez,

This is the formal answer to your grievance dated January 21, 2017 addressed to myself, Sgt Harris regarding your complaint about not receiving your (3) grievances back in a timely manner. As I explained to you in person in the classroom, per the grievance policy the grievance will be answered within 5 working days excluding days off and holidays. The informal process took place on January 25, 2017 which did not get resolved so the formal process begins and the 5 working day time frame starts over. I am well within the 5 days in answering your (3) grievances in accordance to my work schedule/days off.

*Sgt. Harris*
Sgt. Harris

There is a 5 day period for your grievance to get ansercl I wrote one January 10th, January 11th and on it is January 30th and I beraly get them back with some missing and the one I did get back never got to apeal Deputy Harris took the liberty to chek the apeal her selfe resulting with no resolution or anser, passing the blame not takeing no acauntability for her unprofesional actions

To Deputy Harris

Park County Detention Center

Grievance Form

Date: ~~11-23-1~~ 1-26-17
Time: ~~0815~~ 8:47 AM

Name: ~~Fountaine~~ Rogelio Rodriguez Jr

Please state clearly the nature of your grievance.

I am writeing this because Deputy Harris refuses to anser all grievencess I have wrote it is way past the 05 day period I need all grievencess ansered from January 10th till now thanks for your time R.R.

Much Respect

Signature: Rogelio Rodriguez

---

Response

This grievance is null and void. You cannot grieve same issue multiple times. This was expressed to you on January 25, 2017 during our informal conversation in the classroom.

Signature: J Harris          Date: 01-30-17

---

Do you wish to appeal? _____ (yes or no)
If yes, why do you wish to appeal? Please answer on reverse side.

# Park County Detention Center

To sargent Hariss

## Grievance Form

Date: 1-11-17
Time: 1530 hrs Requested

Name: Rogelio M. Rodriguez Jr.

*Please state clearly the nature of your grievance.*

I filled out a loker request form Tusday for a pair of under wear and mail in loker if any its wendsday Ive bee trying to get what I requested every body else in the facility got there stuff but me I feel I am being singled out Racial profiled I am trying to be respectfull and stay posative I have never dicrespected any Deputy in here I just want my under wear and I went throug the proper chanels to get them with no result dont know what else to do I dont know what hapend to the loker request it was thrown away or taked in the back burner please help me

Signature  Rogl

---

**Response**

Response Attached

Signature: J Haws          Date: 01-30-17

---

Do you wish to appeal?  X (yes or no) ← never got to apeal Deputy Harris exed it for me.
If yes, why do you wish to appeal? *Please answer on reverse side.*

① I told her they were briefs.
I'm still missin a brand new pk of brief and two pairs of sox missing out of a brand new pak I had never got my sister Mariso Rodriguez brought me on vist her number is 307-254-2409 if got any questions

January 30, 2017

This is a formal response to your grievance addressed to me dated January 11, 2017 regarding complaints about locker request and you not getting your items you asked for, mainly your boxers.

② During our informal conversation in the classroom I made you aware that when I went to get the said <u>boxers</u> out of your property bag to fulfill your locker request there was only an empty bag. I also attempted to explain to you that at the time of incident we had 4 inmates with the last name of Rodriguez and there were boxers found in another Rodriguez property bag that did not belong to him. It only seemed reasonable that the Deputy may have accidently put them in the wrong property bag. After I gained this knowledge, myself and <u>Deputy Randol</u> immediately brought back the <u>boxers</u> to provide them to you. You stated that your <u>sister bought b</u>~~ox~~<u>er briefs</u> not boxers. I was not on duty when your sister brought your items in during her weekend visit so I cannot be certain that the boxers were placed in the correct property bag. I was up front and open with you on what occurred while I was on duty, and I did what I could to rectify the problem with the information I had.

I did not pressure you to take the boxers, I only provided them to you as you requested on the locker request form. If the boxers do not belong to you and you are missing these items you need to speak with <u>Deputy Duneman</u> so he can give you an explanation on what he did with them after your sister brought them in. He was the deputy who handled the transaction. There were no boxers in your property bag on January 10, 2017 during locker request when I was on duty.

Sgt. J Harris

② she later brought me <u>boxers</u> saying she had found the items I imediatly told her the boxer are not maine because my sister brought me brifes and sox and I just want what my sister brought I did not want to take whats not mine. Deputy Harris stated I should take them because she knows there mine and she had asked the other Rodriguez inmates about this issue.

③ Deputy Duneman did put them in the right property I feel Deputy Harris is trying to pawn her mistak on somebody else she was the last to Handle my property when the Items went missing I just want my stuff or remburst my sister paid for these Items I dont think its fair for them to just disapear and brush it under the rug

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody Wyoming 82414

LEGAL MAIL

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne, Wy 82001



LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT