Sheriff,

I am writeing to make a complaint on Deputy Sarget Hariss on January 10th I wrote a grivence twords Deputy Harris on a loker request issue. January 11th Deputy Harris aproches D pod upset because I wrote the grievance Harrasing, and threatening me in front inmates in D pod and Deputy Toohey stateing: "IM not a mind reader how am I suposed to know your indigent"! mad about the grievance she yelled at me "I got somthing on you"! "your the one in orange I get to go home"! "I could punch you"! "Peace out"! slaming the bean shoot in my face. The only thing I said that set her off was "If you dont wana do the job just leave I dont want to argue" never used teragetory words or threataning words against her. I wrote a grievance on that issue Janurary 11th. 19 days go by my grievancess dont get ansered on the 5 day period so I write a grivence on that. January 30th I get informed by Deputy Harris that she has shreded my grevances, she brings back other irelavent typed up subtitues for the shreded grivances she shreded the the January 11th grievance and the greivance about my missing property that got lost and never remburst. January 30th I write a griveance twords Deputy Harris for shreding my grivences I want to file a complaint Harrasment, threat, abuse of Judicial power thanks for your time I also have reason to belive Deputy Herris stoping my legal mail to United states Distric Court but I cant prove it the reason I say this is because Ive wrote to ask for status on it

...

they ansered me it never reach the destination

Much Respect

P.S I wrote a greivance stateing the same thing adressed to sheriff it neve made it to destination it gat shreded by Deputy Harris

# Park County Detention Center
## Grievance Form

To: nurse staff

Date: February 2 2017
Time: 12:00 pm

Name: Rogelio Rodriguez Jr

*Please state clearly the nature of your grievance.*

On January 12th I filled out a non emergency request for pertaining a medical issue I've been experienceing. I've bee waiting patiently waiting for an anser, medicte solution or attention. It is Febuary 2 and I've yet to hear any thing. I'm writeing this grievance becase I'm been denied medical attention and my problem is not geting better thanks for your time Much Respect

Signature _Rogelio Rodriguez_

---

### Response

All sick call, misc Req forms are logged and stamped when rec. I have checked all filing and charts w/ your last name. The only Req in your chart is a misc form rec. on 1/2/19 requesting a second mattress which was denied. You were also instructed to take IBU for pain if needed. We do not treat sleep while incarcerated. This is standard in all facilities. I will attach a NEMR for you to fill out to see medical. You will be charged $110.00 for the visit plus and meds prescribed.

Signature: LB      Date: 2-2-17

---

Do you wish to appeal? ✓ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

RECEIVED 2-2-17 LB

I filled one more emergency request January 12th on Deputy Harris crew I was on lock down so it should have been in you file I dont know what hapend to it im back here perhaps it was thrown away or shreded

No NEMR was submitted to medical on this date. Also this grievance has been filed over 20-days from your alleged time which is contrary to this grievance process. This grievance is quashed! If you seek medical attention please complete and submit a N.E.M.R.

Lt. Torczon

if filled it out the 12th it took 20 days for me to realize the medical request was not filed I don know how long it takes for the nurse to see you thats why I wrote the grievance

2/3/17



# MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez     To: Deputy IT Dispach    Pod: D    Date: 3/

On the sherriff department Computer and Doket No on charges I noticed a few mistakes that I would like to get fixed please My name is Rogelio Rodriguez Jr. On computer and cases I'm uneder Rogelio Munoz Rodriguez Jr. I would like that changed please to my real name for securaty reasons. Second I noticed several Aliases I would like that fixed too I do not have any Aliases can you please help me with that thanks for your time much respect

---

I Do not Have a midle name    I dont hav Aliases

If you can present a birth certificate that states your legal name or documentation of your legal name we will change it. We go by the court paperwork.

# **MISCELLANEOUS REQUEST FORM**



From: Rogelio Rodriguez  To: Deputy IT Dispatch  Pod: D  Date: 2/1

in my locker I got a Wyoming ID with my legal name, also my sosial securaty no 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 will proove my legal name Rogelio Rodriguez Jr no midle name and no aliases. in January 31st miscellaneous Request form I was told to provide proofe thanks for your time

I used my Birth certificate to obtain My Wyoming Id and my ID is in my property alegal documentation

A Wyoming ID is not a legal Document

Hello My name is Angelo Rodriguez sent 2 Petitions for Civil rights violated I would like to know if they made it. I would also like to know how the who prosses is going to work? will I need an attorney probono? or will I get one apointed to me? I am trying to get all grievencess to each complaint Ive been haveing a problem here a Park County detention getting greivencess anser or eaither they get shreded it is also hard for me to apeal or exaust all remedies. also they tell me to adress greivences to specific staff but they get ansered by different staff shuting me down to all grivencess there has been no solution to any or positve resolution I feel Im been hynderd to what I belive is write and I think Im pissing people off hear becouse now I am being treated different. With that said thanks for your time Much respect

## **MISCELLANEOUS REQUEST FORM**

From:_____ To:_____ Pod:_____ Date:_____

Im still waiting for the grievance I wrot January 30th twards Deputy Harris for shreding my grievencess

Rogelio Rodriguez Jr
PCDC
1402 River View Dr.
Cody Wy 82414

LEGAL MAIL

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne, Wy 82001

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

LEGAL MAIL

INDIGENT

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper