Park County Sheriff office

Doket NO CT-2017-67-COD

Crim report Discovery

U.S. DISTRICT COURT
DISTRICT OF WYOMING
17-CV-14-S
STEPHAN HARRIS, CLERK
CHEYENNE

- Simple Battery

* Suspect Arested
- (Rodriguez Rogelio Munoz Jr) not my legal name

- (My legal name is Rodriguez Rogelio Jr)

- Proof of legal name my social securaty number
- 455-51-085

- In jail property I have a Wyoming ID with a picture and my legal name

- Can you call the jail or sheriff department to change to corect name on computer for securaty resons Rodriguez Rogelio Munoz is not my name.

* VICTIM
- (Ayers, Willie Michell Vincent)

Mr. Ayers is a no contact order in my delivery case issued by:

- Circuit Court Judge Bruce Waters
- Case No Cr-2016-230-COD
- Done this 23 day of November 2016 arningment

- District Court Judge Steven Cranfill
- Doket No. 5709
- all issue a no contact with any person involved in my case

Park County Sheriff's office

Doket NO. CT-2017-67-COD

## Crime Report Discovery Doket NO.

* On January 10th 2017 araingment for simple Battery Docket NO. CT-2017-67-COD Judge Bruce Waters states that no contacts can be together in the same room but cant talk. Contridicting the Park County Detention Center Rule Book." you may not attend the same group as a no contact order or Keep away Breaking the no contact order. Abuse of Judicial Power. Proof in January 10th 2017 araingment for simple Battery Doket NO. CT-2017-67-COD Aaudio and Transcripts

* Criminal Report Prepared by Deputy J23 Corr, Neal, one of the deputy's that met me in the hallway for Bible study group Letting me in the same group as a no contact order or Keep away. Breaking the Rule to Park County Detention Center Rule Book

# PARK COUNTY SHERIFF'S OFFICE
## 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700
### CRIME REPORT

Page 1 | Case 17-44

| | | |
|---|---|---|
| **Offenses** 6-2-501-b | **Description** BATTERY- NON DOMESTIC VIOLENCE | **Fel/Misd** Misd |
| **Date Occurred** 01/09/2017 | **Time Occurred** | **Incident #** 1701100007 |
| **Date Reported** 01/10/2017 | **Time Reported** 0117 | |
| **Related Cases** | | |
| **Date Printed** 01/16/2017 | **Time Printed** 10:45:25 | **Printed By** ARUDIO |
| **Latitude** 0.000000 | **Longitude** 0.000000 | |

**OFFENSES (handwritten):** I am being charged with a Delivery Docket No 5709 I was let in the same room as Mr Willie Ayers resulting in this Battery case Breaking a no contact order Mr. Willie Ayers is A CI in my Delivery case Testifing against me

**Location:** Cody Law Enforcement Center, 1402 River View Dr, Cody, WY 82414
**Beat:** C  **Area:** 59
**Disposition:** Clred By Adult Arrest  **Dispo Date:** 01/10/2017
**Location Type:** Other

**Victim:** Ayers, Willie Michell Vincent — (handwritten: CI in my case Testifying against me, no contc order)
**Drivers License:** 25975128 TX
**Cell Phone:** 307-461-0559
**Residence Address:** 3717 S Taftill Rd #285, Ft Collins, CO 80526
**Notified of Victim Rights:** No
**Residence Phone:** 970-481-0548
**DOB:** 06/10/1988  **Age:** 28  **Sex:** M  **Race:** W
**Business Name and Address:** Blueprint Contstruction, Johnstown, CO
**Height:** 5'8"  **Wt:** 140  **Hair:** BLN  **Eyes:** BLU
**Assistance Rendered/Victim Disposition:** Refused Aid
**Means of Attack (Assaults):** Physical/Strong Arm
**Description of Injuries:** Apparent Minor Injury

(handwritten across name block): Proof of legal name Wyoming Id in Jail Property and social security No 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 — not my name I have no middle name

**Suspect Arrested:** Rodriguez, Rogelio Munoz Jr — (handwritten: Legal name is Rogelio Rodriguez Jr)
**Action Taken:** CITATION ISSUED
**Charges:** 6-2-501-b
**Residence Address:** 1701 Cortez Rd, Ralston, WY 82440 --- Box 501, Cody, WY 82414 (handwritten: My place of residence)
**DOB:** 03/01/1979  **Age:** 37  **Sex:** M  **Race:** W
**Business Name and Address:** Dewhite Farms, Ralston, WY 82440 (handwritten: Armadillo Roofing, Samuel Adame 307-250-8971)
**Height:** 5'7"  **Wt:** 189  **Hair:** BLK  **Eyes:** BRO
**Identifying Features:** Tattoos: R SHLDR, R ARM, L ARM, CHEST + NECK, RF ARM Speech: Clear Build: Muscular Complexion: Medium Facial Hair: Gotee Glasses
**Cell Phone:** 307-
**Drivers License:** 108666355 WY
**Arrest Number:** PCSO# R-428  Val Damaged

**Aliases:** Junior, Pimp Boy, Pimpboy, Roy Rodriguez Jr, Smiley → I have no Aliases

**VEHICLES:** Status / Vehicle Make and Model / License/State / Vehicle Type — (blank)

**DEPUTIES:**
**Prepared By:** J23 - Corr, Neal   **Date:** 01/10/2017   **Assisted By:**   **Approved By:**   **Date:**
**Routed To:** (handwritten) Deputs that met me in the hallway for bible study when no contact order was broken Leting me in the same room as Mr Willie Ayers

# CONFIDENTIAL DOCUMENT. LE SENSITIVE

## **MISCELLANEOUS REQUEST FORM**

From: Rogelio Rodriguez  To: Staff  Pod: D  Date: 22

I Did **Not** fillout any property release forms my question is why is there stuff missing out of my property I would like every thing missing put back or reamburst please thanks for your time Much ~~respect~~

Why do you think anything is missing?

1·22·17  J20

## **MISCELLANEOUS REQUEST FORM**

From: Rogelio Rodriguez   To: Staff   Pod: D   Date: 21st

I do not know why things are missing out of my property. I Have **NOT** written any property release forms to any body. I would like a list of whats in my property

Thanks & you

Time

Much Respect

We are unaware of anything being Removed from your Property   1-22-17   J20

## MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez Jr   To: Staff   Pod: D   Date: 23

I would like to know if a white manila envolope adressed to United States District Court was stameped and sent out it is important it was sent out I don't want to get in trouble legaly thanks for your time much respect

IT WAS SENT OUT ON 1/15/17

RECEIVED
DEC 28 2016
- WASHAKIE CNTY

# **MISCELLANEOUS REQUEST FORM**

From: Rogelio Rodriguez   To: staff   Pod: D   Date: 12

I am ~~writi~~ wrighing in regards to my name I dont mean no disrespect ~~my~~ I would like to be called Rogelio or Mr Rodriguez not any other name that not on my birth cirtificate thanks for your time much Respect

Rogelio Rodriguez

Notes...
Don't we already address you as Rodriguez?

POD staff

Oficers call me Roy that is not my name
I adressed this issue in this regust

Deputy Harris

## MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez   To: ~~LT Torczon~~   Pod: D   Date: 31

I am writein in reguards to the grievansess Deputy Harris shreded I dont think its right they were shreded a "legal Document" she wrote denieing all alegations on a blank paper not the grievances I wrote she shreded the main grivancess with the issue with all due respect I dont know how you would handel this I need something done about this I would like to talk to a sheriff scott steward please I dont know how my paper work is different from everybody elses to get shreded I would also like the aportunity to grieve January 11th and the rest of the ones that got shreded that is tampering with evidence

Mr. Rodriguez,

Grievances is a process through the jail. They are not "legal" documents. Sgt Harris spoke to you verbally about a human mistake that was made and she responded to you grievance. You still have the oppurtunity to appeal her response. All of the rest of your grievances you should have. There was only 1 Grievance that was shredded. No others. Your paper work is not different from anyone elses. Follow the grievance process. If you wish to appeal's Sgts Harris's response then the Lt will be the one to answer it. This request is being answered by my as this request should first be answered by a deputy. In Short... Again follow the grievance process. It is not evidence nor is it a legal document.

## **MISCELLANEOUS REQUEST FORM**

From: Rogelio Rodriguez   To: Lt Torezon Deputy   Pod: D   Date: 31

On January 15 I sent out a white manila envolope adressed to the united states Distric Court I was told it would get stamed and charged to my indigent acount I would lik the recipt please and chek if it went out please. the reason I ask is because last time I sent one out like that it did not get stamped and came back I was late 7 days on important legal documents I had to fill out and sent I was told I could get in trouble next time this hapends thanks for your time much Respect

What Address Do you send this white envelope to? Please follow the chain of commands when filling out misc. Request forms.
                                        PDC Staff

## MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez Jr   To: Sargnt Capellen   Pod: D   Date: 17th

Hello my name is Rogelio Rodriguez Jr not Rogelio Munoz Rodriguez Jr or Roy. That is not my nik name eaither on my birth certificate I'm under Rogelio Rodriguez Jr no more and no less respectfully I would like staff to call me by my first or last name. I try and call every staff member by Deputy or last name a sign of respect, respectfully I expect that back in return thanks for your time.

Sincerly, Rogelio Rodriguez Jr

I call you Rogelio or Mr. Rodriguez.

Rogelio Rodriguez Jr
PCDC
402 River View Dr
Cody Wy 82414

LEGAL MAIL

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne Wy 82001



LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT