INMATE'S NAME: Rogelio Rodriguez Jr   D pod

## NON-EMERGENCY MEDICAL REQUEST / CONSENT FORM

Date of Request: February 3      Time of Request: 12:00 pm

**Nature of the Problem: (Use separate sheet if more than one problem.)**
inflamed bags under eyes, skin Dramatic Breakout, whites in eyes veins enflame
Biteing side of inner cheek clenching teath, hair loss

**When was it first noticed?** January 12th

**What caused the problem?**
Stress, Depression, Anxiety

**What do you want done about it?**
medical attention or solution

I hereby authorize the Park County Detention Centers Medical Authority and/or any other bo medical, dental, or optical care provider, deemed necessary by the Medical Authority, to render trea and to perform operative and/or diagnostic examination procedures as deemed necessary advisable. I hereby authorize release of information for my further care if deemed necessary.

I UNDERSTAND THAT THERE WILL BE A MINIMUM CHARGE OF $10.00, PER VISIT, ASSESSEI AGAINST MY FINANCIAL ACCOUNT FOR UTILIZING THE SERVICES OF THE PARK COUNTY DETENTION CENTERS MEDICAL STAFF. I accept any and all financial responsibility for any costs related to this request and understand this responsibility exists even after my release from the Park County Detention Center.

SIGNATURE:

**Medical Personnel's Notes:**

Vistaril 25 mg.. PO q PM

Notes: ~~I filled and put one of these forms in the January 12th~~ dont know what hapend to it it was not filed so I had to fill anothe one out this is the result.

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody Wy 82414

LEGAL MAIL

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne Wy 82001



LEGAL MAIL

INDIGENT

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414