To Deputy Toohey

# Park County Detention Center

## Grievance Form

Date: February 2 10:AM
Time:

Name: Rogelio Rodriguez Jr

Please state clearly the nature of your grievance.

On January 30 I got a typed up anser to a grievance I wrote about an incedent that hapened January 11th that was shredded typed up by Deputy Harris the typed up document stated that Deputy Toohey had herd me say on January 11th that "I could punch you in the face" to Deputy Harris something to that effet. On Febuary 1st I asked Deputy to if he had heard me say that he stated that he dose not remember what was said I don't know whats going on but this is a serious issue I want to know if I said such thing why didnt I get disiplined or a violation
thanks for your time
much Respect

Signature _[signature]_

### Response

Resolved informally   2/6/2017
Deputy Toohey

Signature: _____ Date: _____

Do you wish to appeal? _____ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

notes: as Deputy Harris mention I had stated that "I will puch you in the face" to Deputy Harris I asked Deputy Toohey if he heard me say that and he said he dont remember ever me say that to Deputy Harris.

notes: Deputy Harris threatend me I feel she is trying to flip it on me if I threatend her How come she did not disapline or give me a violation first now she is saying that after I reported her. Im not the only one she has done this to Im sure she is on record here in park county. There is no resolution in any of the grievances and even some get shreded I feel that before she hold anyone on acountable she cant take acountability to her actions its not fair.

1/30/17
@ 1800 hrs.

To Deputy Harris

**Park County Detention Center**

**Grievance Form**

Date: 1/30/2017
Time: _____

Name: Rodriguez, R.

*Please state clearly the nature of your grievance.*

On January 30th 2017 Deputy Harris came into D-unit and advised me that one of my grievance I wrote on January 11th was missing because "she had shreded the grievance. She stated she did not do it on purpouse I don't know what is going on but I understand grievances are supoused to be ansered not shreded never got an anser or a chance to apeal this is very unprofesional. and I tired of getting blamed for it thanks for your time much respect

Signature ___Rafael Rodriguez___

---

**Response**

Mr. Rodriguez - the answer to your grievance mentioned above was provided to you at dinner pass. Feel free to read it and if you choose to Appeal, write your appeal on the back of my answered response. No one blames you for anything.

Signature: ___J Harris___   Date: 01-30-17

---

Do you wish to appeal? ✓ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

I don't think this letter serves justice the grievance got shreded I understand people make mistakes but I think this was to cause greif and not take acountabiltity for ones actions and pass the hot potato to the one that fits convinient in a sence that is being a bully, Disrespectfull, careless, and unprofesional of a sargent in a detention fasility but thats my opinion and perseption and Im entitled to it. The actions speaks for them selfe whitch that said thanks for your time

Much Respect

---

Mr. Rodriguez,

As you stated above, people make mistakes. Sergeant Harris did not shred the grievance out of malice, therefore this is a mute point. Even the ACLU Recognizes "Human Error" and does encourage inmates to keep grievances for their record in case something happens in the future that could show a pattern.

Sgt. Harris has Apologized to you and explained that it was an "accident". This grievance is granted!

Lt. Torcton

Notes: Deputy Harris never apalagize and Why did some boy else anger the grievance if its adressd to Deputy Harris?

Rogelio Rodriguez Jr
PCDC
402 River View Dr
Cody Wy 82414

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne Wy 82001

