FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 FEB 13 PH 2:58

STEPHAN HARRIS, CLERK
CHEYENNE

Hello My name Regelio Rodriguez I wrote yet another complaint an issue that happend January 11th I went through the grievance process resulting in no resolution just my grieveance getting shreded stoping me from exausting all remedies and apeals I went through the chain of comand and no resolution and no investigation I wrote the sheriffe this is twice and got stoped never made it to the sheriff department this time I wrote a complaint and seald it as legal mail Deputy Tilary scandit and opend it came back to the pod and told me, it is not considerd legal mail and he has to turn it in to the Lt. Torczon I told him to bring it back because its not adressed to the LT. Torczon and to bring back a grievance because they had opend my legal mail breach a confidential complaint Deputy Tilary Denied me a grieveance stateing its not a griveable issue. in this letter I enclose the original copy of the complaint and the envolope labeled legal mail.

FOREVER

USA

LEGAL MADL

Sheriff Scott Steward
Park County Detention Center
1402 River View Drive
Cody, Wy 82414

Rogelio Rodriguez Jr
PCDC
1402 River View Drive
Cody, Wy 82414



FSC
MIX
Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

LEGAL MAIL

INDIGENT

© USPS 2013

Rogelio Rodriguez Jr
P4 D C
1402 River View Dr
Cody Wy 82414

FOREVER
USA

CASPER WY 826

LEGAL MAIL

13 FEB 2017 PM 4

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne Wy 82001

82001⌷3658

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper

INDIGENT

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414



LEGAL MAIL