FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB 15  AM 11: 12
STEPHAN HARRIS, CLERK
CASPER

Hello my name is Rogelio Rodriguez Jr Im writeing because I civil rights been violated once again on febuary 12th at mile pass here at Park County Detention Center Deputy Tuker passed me my mail I noticed the tape or seal was pealed off opening my legal mail from United States • District Court 111 S. Wolcott Room • 121 Casper Wy 82601 • 09 FEB 2017 pm 2 mail • I was informed by Deputy tuker that Deputy Longo had opend my legal mail acedently and to tell you guys to seal the letters right isted of tape, eaither way my legal mail was opend before it got to me. Deputys are suposed bring your legal mail and have you open it in front of them tape or not in this case it was opend before it got to me inside the legal envolope contained Notice of lawsut and request for waiver of service of summons and other documents pertaining this legal issue The Sargent Deputy in charge of this crew where my legal mail was opend is Deputy Sargent Hariss

**CLERK, UNITED STATES DISTRICT COURT**
  **111 S. WOLCOTT, ROOM 121**
    **CASPER, WY 82601**

  **OFFICIAL BUSINESS**

CASPER WY 826

09 FEB 2017 PM 2 L

Rogelio Rodriguez, Jr
PARK COUNTY DETENTION CENTER
1402 River View Drive
Cody, WY 82414

8241483127

The Tape or seal on this envelope ↑ was pealed off The Deputys informed me it was an acodent that they did not realice it was legal mail but this is twice it has hapend this time I went throuy the grievance process I'll be sending it to you I feel once again they violated my civil rights.

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody Wyoming

Clerk, United States District Court
111 S Wolcott, Room 121
Casper Wy, 82601