FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 FEB 15  AM 11:12

STEPHAN HARRIS, CLERK
CASPER

- Hello my name is Rogelio Rodriguez Jr I recived this Acceptance of service on Behalf of listed defendants and Waiver of service of summons I signed it to the best of my Knolage I still would like to go through with this law suit.

- I dont know what exactly to do here but I read it carefully I hope I signed it right

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROGELIO RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>PARK COUNTY DETENTION CENTER, PARK COUNTY DETENTION CENTER SERGEANT, aka Harris, and PARK COUNTY DETENTION CENTER DEPUTY aka Deputy Harris,<br><br>Defendants. | Case No. 2:17-cv-00014-SWS |

**ACCEPTANCE OF SERVICE ON BEHALF OF LISTED DEFENDANTS AND WAIVER OF SERVICE OF SUMMONS**

TO:  Clerk, US District Court

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from December 15, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

February 10/2017
Date

*Rogelio Rodriguez Jr* (Signature)

Rogelio Rodriguez Jr
Printed/typed name

**List of entities and/or defendants to be represented and in which capacity (to be added by defendant(s) counsel):**

Dont Know What to do here

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in the improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Ruled 12 on the plaintiff and file a copy with the Court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

(As amended Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Apr. 29, 1980, eff. Aug. 1, 1980; Pub. L. 97–462, §2, Jan. 12, 1983, 96 Stat. 2527; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015.)

17-cv-00023-SWS   Document 15   Filed 02/15/17   Pag

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody, Wy 82414

Clerk, United States District Court
111 S. Wolcott, Room 121
Casper, Wy 82601