Dear Clerk in the United States District Court I writeing to give you permission to let Amanda Gonzales know what is going on and the status on the following cases. Case No. 2:17-CV-00014-SWS
Case No. 17-CV-004-S
Thanks for your time   Much Respect

X Rogelio Rodriguez Jr

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB 17 PM 1:03
STEPHAN HARRIS, CLERK
CASPER

# **MISCELLANEOUS REQUEST FORM**

From: Rogelio Rodriguez Jr   To: ~~Staff~~ nurse   Pod: D   Date: 8/_

every time I brush my teeth my gums bleed
is there anything to help stop the bleeding or slow
it down?

Thanks 4 Your Time

Much Respect

Peroxide Swish Twice Daily x 7 days
Increase vistaril to twice
daily for Anxiety

RECEIVED
2-31-7

Rogelio Rodriguez
PCDC
1402 River View Drive
Cody Wy 82414

LEGAL MAIL

Clerk, United States District Court
111 S. Wolcott, Room 121
Casper, Wy 82601