Can I have the copy of the NEMER I wrote
and what the Doctor had to say the day she saw
me please. I need surgery done for what I
nead to see the doctor febuary 16th 2017 please
help me thanks for your time much Respect

x Rogelio Rodriguez

RECEIVED 2/20/17 0905 N Sayle LPN

You were already Given a copy
of the NEMR. If you would like to see
The doctor again you can put in another
NEMR. Surgery was not Reccomended. If you
want Surgery you need to pay for it. The Docter
Does not see your condition Emergent you were asked to x.

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB 27 PM 12: 48
STEPHAN HARRIS, CLERK
CASPER

17CV 14-S

INMATE'S NAME: _Rogelio Rodriguez Jr_

## NON-EMERGENCY MEDICAL REQUEST / CONSENT FORM

| Date of Request: _February 9_ | Time of Request: _8:15_ |

**Nature of the Problem: (Use separate sheet if more than one problem.)**

I think I have a strain in my groin or a hernia it hurts in my groin area.

**When was it first noticed?** _january_

**What caused the problem?** _I dont know_

**What do you want done about it?** I dont know what they do about those kind of things mabs surgery I dont know what to say I can only explaing what I feel and whats going on Thanks for your time much Respect

I hereby authorize the Park County Detention Centers Medical Authority and/or any other bonafide medical, dental, or optical care provider, deemed necessary by the Medical Authority, to render treatment and to perform operative and/or diagnostic examination procedures as deemed necessary and/or advisable. I hereby authorize release of information for my further care if deemed necessary.

I UNDERSTAND THAT THERE WILL BE A MINIMUM CHARGE OF $10.00, PER VISIT, ASSESSED AGAINST MY FINANCIAL ACCOUNT FOR UTILIZING THE SERVICES OF THE PARK COUNTY DETENTION CENTERS MEDICAL STAFF. I accept any and all financial responsibility for any costs related to this request and understand this responsibility exists even after my release from the Park County Detention Center.

SIGNATURE:

Medical Personnel's Notes:

Observe as long as testicle descends
Gloria Hancock APRN-C  2-16-17

RECEIVED
21317 a3

D Pod

**INMATE'S NAME:** Rogelio Rodriguez J~~RECEIVED~~ 7:45 p.m — 0930

# NON-EMERGENCY MEDICAL REQUEST / CONSENT FORM

**Date of Request:** Febuary 3      **Time of Request:** 12:00 pm

**Nature of the Problem: (Use separate sheet if more than one problem.)**

inflamed bags under eyes, skin Dramatic Break out, whites in eyes veins enflamed
Biteing side of inner cheek clenching teath, Hair loss

**When was it first noticed?** Janary 12th

**What caused the problem?**
Stress, Depression, Anxiety

**What do you want done about it?**
medical attention or solution

I hereby authorize the Park County Detention Centers Medical Authority and/or any other bo
medical, dental, or optical care provider, deemed necessary by the Medical Authority, to render trea
and to perform operative and/or diagnostic examination procedures as deemed necessary a
advisable. I hereby authorize release of information for my further care if deemed necessary.

I UNDERSTAND THAT THERE WILL BE A MINIMUM CHARGE OF $10.00, PER VISIT, ASSESSEI
AGAINST MY FINANCIAL ACCOUNT FOR UTILIZING THE SERVICES OF THE PARK COUNTY
DETENTION CENTERS MEDICAL STAFF. I accept any and all financial responsibility for any costs
related to this request and understand this responsibility exists even after my release from the Park
County Detention Center.

**SIGNATURE:**

**Medical Personnel's Notes:**

Vistaril 25mg. PO 8 PM

RECEIVED
2617 2B

## MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez   To: Nurse   Pod: D   Date: 16th

todory on the 16th the doctor asked me about the medical problem Im experienceing I did not Know exactly how to explain my issue but she asked in my testicle does not come down no it dose not come down did not Know how to explain Im worried Im just being safe need help with this Please   Thanks for your time

---

you were Asked 3-4 x abot your issue and you stated it does come down some on multiple occasions we will observe at this time no change in plan of care.

---

Notes:

in this case acording to the doctor. I pulled a muscle in my groin era. this hapend on January 9th in my altracation at Bible study I just could not tell the nurse or doctor because it turned itno a simple Battery case I pleaded not guilty to. and a cant talk to any body about my case did not want to incriminate my selfe. I did get hurt in the process and I might need surgury in my groin era

## MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez Jr   To: Medical   Pod: D   Date: 2-

Please tell me what medications I am
taking and their purpose.

Thanks for your time.

Vistaril 25mg Daily for anxiety/Allegies/red eys.

RECEIVED
2017 [illegible]