17-CV-014-SWS

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB 27 PM 12:49
STEPHAN HARRIS, CLERK
CASPER

Hello my name is Rogelio Rodriguez Jr. I am incarcerated at Park County Detention Center on January 12th 2017 8:15 AM inspection time maile was passed out Deputy Tuker handed me a legal mail envolope from United states District Court 111 S. Wolcott Room 121 Casper, Wy 82601, I noticed it had been opend seal peald of I imediately told Deputy Tuker my legal mail had been opend and that I needed a grievance and the name of the Deputy who had opend it so I could adress the griveance he brought me a grivence and told me Deputy Longo was the one who opend the my legal mail, I filled out the grievance and adressed the issue To Deputy Longo I got an anser back, did not find any resolution so I apealed the grivance exousting all remedies. Febuary 17 8:20pm I handed the grievance apealed to Deputy Toohey to hand it to Deputy Longo who is working in Booking tonight 8:2pm I am waiting for the responce. I also wrote a misollanious request to Lt Torkzon asking to speak to DCI or sheriff about my legal mail being opend before it got to me, Lt Torczon ansered back I couldt not because in the computer it says issue resolved, I wrote back that the issue is not resolved and why am I being denied that action. Febuary 17th I wrote another request asking to speak to DCI or sheriff

about my legal mail being opend. in all issues I have grived I have been denied to speak with DCI or Sheriff I feel I am being striped of my rights I need Help please Don't Know what else to do or who to talk to my civil rights are being violated ove and over I feel I'm being treated like an Illegal Alien please help me I was born in The united states with That said Thanks for your Time Much Respect

x [signature]

# MISCELLANEOUS REQUEST FORM

From: Rogelio Rodriguez Jr To: ~~Lt Torczon~~ Pod: D Date: 18th

Lt Torczon I would like to talk to DCI or Sheriff about my Legal mail to the united States district Court being opend before it got to me at mail pass this issue has not been resolved as I a apealing the grievance I wrote Febuary 12 th 2017 with that said thanks for your time much respect R.R.

You are currently grieving this issue and you need to continue the grievance process in its entirety as outlined in the inmate Rules and Regulations. Lt. Torczon is next in line to answer your appeal if you so choose

PCDC Admin

Twards Deputy Longo

Park County Detention Center

Grievance Form

Date: Febuary 12th
Time: 9:15 AM

Name: Rogelio Rodriguez JR

*Please state clearly the nature of your grievance.*

On January 12th at mail pass they handed me a legal mail letter from the United States Distric Court I noticed the seal was broken tape was peeled off resulting my legal mail being opend no matter how its sealed legal mail is not to be opend by staff. inmates are suposed to open or break seal in front of Deputy for securdity resons in this case my legal mail was opend before it got to me The Tape over the seal was pealed off of a federal legal mail documents Thanks for your time much respect

Signature [signature]

Response

As noted upon my initial response within Computer The back of your legal envelope had three pieces of tape. One piece was removed and i noticed the back flap was not sealed so i did not remove the other two pieces of tape. I wrote on them, please remove when delivered! I did not have access to the contents of this envelope. You may wish to speak with the deputy or deputies whom delivered the envelope/letter to you!

Signature: [signature] J-21 Date: 2-12-17

Do you wish to appeal? ✓ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

Mr Longo [illegible] Deputy [illegible] I asked who opend or peald off the seal because I have to adress this grievance he mentioned it was you I dont know what is going on but some body open my legal mail a federal offence if it wasnt you I would like to know who did pleas. There shouldnt of been anything pealed off reguardless to what was used to seal my legal mail it should of been brought back to me and I would of opened the legal envolope in front of Deputys in this case it was already opend exposeing the legal documents some body needs to take acountability for this action or somebody needs to be held acountable I respect you Mr longo its nothing personal but what hapend was wrong with that said thanks for your time much respect R.R [signature]

Apeal

---

02-18-17

Typed formal appeal Attached

Sgt. J Harris

need this back [illegible] Please do NOT [illegible]hred

**MAIL**

**Newspapers** will be distributed from Level 1 to Level 6 in that order.

You may receive legal and personal mail. To receive mail, please inform anyone sending mail to address it as follows:

"Inmate Name" c/o Park County
Detention Center
1402 River View Dr. Cody, WY 82414

Inform anyone sending mail to you while incarcerated to refrain from placing stickers, lipstick, or other transferable materials such as perfume in or on the mail.

**Incoming personal mail** will be opened, scanned, and inspected before you receive it. All gummed portions of the envelope, postage stamp and any other stickers or adhesives will be removed. Some items sent to you by mail will not be allowed in your possession while incarcerated; these include photos, puzzles, calendars, computer generated material excluding letters and computer generated legal items (Supreme court case law, Wyoming case law, Wyoming Statutes, etc). These items, when not allowed to be in your possession while incarcerated, will be placed with your personal belonging in the locker room and provided to you at your release. At no time will you be allowed access to these items stored in the property room.

If an item received is illegal per Wyoming State Statute or federal regulation, it will be seized and an investigation will be conducted.

Envelopes received with lipstick, or other transferable materials, placed on them will be disposed of during inspection. A note will be attached to the letter with the name and return address of the sender. Letters received with lipstick, or other transferable materials, placed on them will be placed in the inmates' property or returned to sender. Letters received or sent that have been written in any type of code will be placed in the inmates' property and will not be sent or provided.

Oversized cards or cards with electronic devices will be returned to sender or placed in your property.

Cash or accepted negotiable instruments received in the mail will be deposited on your account per the Detention Center's policies. Personal checks are not accepted and will be returned to the sender.

**Outgoing personal mail** is to remain unsealed when you hand it in for delivery. Mail will be picked up Sunday through Friday for outgoing delivery the next day to USPS, with the exception of holidays. Mail must have the proper postage on it to be delivered.

Do not write on Detention Center forms and attempt to send them. Detention Center forms of any type will not be allowed as mail.

**Incoming legal mail** will only be opened in your presence. No deputy will read your legal mail; however, a deputy will check the legal mail in your presence for possible contraband, (staples and paperclips are considered contraband). * Contraband will be removed from your legal mail. in this cas my legal mail was opend before it got to me reguardles to what was used to seal it

**Outgoing legal mail** is to be sealed by the inmate. Legal mail will be picked up at the same time as the personal mail, and must have the proper postage.

There is no limit on the amount of legal mail an indigent inmate may send out. If indigent and you use one of your pre-stamped "indigent" envelopes for legal mail, immediately upon turning in the legal mail, request a replacement pre-stamped envelope from the Deputy picking up the mail. A delayed request will not be honored.

Photocopies of legal, or legal type documents, may be done for an inmate at a cost of $.10 cents per copy if time allows. If it is known that you have family or friends that could do this for you, you may be instructed to mail the item(s) out and have them make the copies for you. All other requests for copies will be denied. No photocopies will be done if the material is hand written. In the case of a hand written page, the inmate can re-write a copy for themselves.

**Personal mail between inmates** within this facility will not be allowed, unless court ordered, or approved in advance by the Detention Center Administrator.

**Correspondence between confined inmates.** An inmate may be permitted to correspond with an inmate confined in any other penal or correctional institution if the other inmate is either: a member of the immediate family, or is a party or witness in a legal action in which both inmates are involved. Correspondence between confined inmates must be approved by the Detention Center Administrator.

## HEALTH CARE SERVICES

### MEDICAL

No inmate will be denied reasonably **necessary** medical care based on financial status. The cost related to any facility provided medical care will be deducted from the inmates account. Medical deductions resulting in a negative balance

February 18, 2017

Mr. Rodriguez this is the formal response to your grievance appeal regarding your complaint of Deputy Longo breaking the seal or ripping off the tape of you legal envelope.

Deputy Longo advised you verbally as well as in writing that when he was processing and logging your legal envelope it had three pieces of tape on top of the seal. Per mail protocol all tape, stickers, stamps, etc are to be removed from the envelope prior to being delivered to the inmate, hence why Deputy Longo was attempting to remove the 3 layers of tape from the envelope. When he removed one piece of the tape he noticed that the back flap was not sealed so he did not remove the other two pieces of tape. He then wrote on the tape with a black sharpie "please remove when delivered" and made a detailed note in your mail log.

Deputy Longo followed proper mail protocol when dealing with your legal envelope. He did not open your legal mail out of your presence, nor did he have access to the contents within the legal envelope.

Sgt. J Harris

notes: again no resolution my legal mail was opend before it got to me there shouldnt not be any tape or seal removed with out my precence