FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 FEB 27  PM 12:47

STEPHAN HARRIS, CLERK
CASPER

Hello my name is Rogelio Rodrigue on Febuary 20 2017 around 8:30pm I got called for bible sutdy I was allowed again to attend group this time with two witnesses in a case Doket no. CT-2017-67-COD testifying against me again breaking a no contact order puting my freedom at risk, now I know this is a greivance issue but frankly I am afraid to write one since the Depuy Tower who pop open the doors to let me in bible study is Deputy Harris. Ive had issues with Deputy Harris for writeing greivancess twards her Ive goten Harrased, threatend, never goten a resolution, Ive had problems her not ansering in a timley maner and she has shreded some of my grievancess dont know what to do any more these things keep hapening and I cant do anything about it and ever since I filed the Civil rights petition I have to walk on egg shels its takeing a tol in my health I am very stressed, Depressed, and got Anxiety and a muscle pulled in my groin I have put multiple non Emergency Medicle Request to help these health issues I have only gotten help for one and that is Anxiety Honestly I dont know how much I can take of this treatment Ive exouste all remedies provided here at Park County Detention Center

I dont see know progress just regress they are makeing me feel like I am doing something wrong I have been following the ruels as best as I can and I am still in max unit D. please help.

Thanks for your time
Much Respect

X Rogelio Rodriguez

STATE OF WYOMING } SS.  
COUNTY OF PARK

IN THE CIRCUIT COURT  
FIFTH JUDICIAL DISTRICT  
PARK COUNTY, WYOMING

STATE OF WYOMING,

    Plaintiff,

-vs-

ROGELIO M. RODRIGUEZ,

    Defendant.

DOCKET NO. CT-2017-67-COD

## BOND CONDITIONS

Bond Amount $ 1000    Cash $ ✓    Acceptable Bail Bond $ _____    Property $ _____

You must comply with all conditions checked:

____ ✓ 1. Do not violate any local, state or federal law.

____ ✓ 2. Keep in contact with your attorney.

____ ✓ 3. Immediately notify the Circuit Court Clerk at:    ☑ Cody • 307-527-8590  
    of any change of address or phone number.    ☐ Powell • 307-754-8890  
    (If represented by counsel, keeping your attorney notified of  
    your address and phone number complies with this requirement.)

____ ✓ 4. Appear for all court appearances.

____ 5. Do not leave ☐ Park County ☐ State of Wyoming without permission from the Judge.

____ 6. Do not drink or possess alcoholic beverages or any illegal controlled substances, or be in places whose primary source of income is derived from alcohol sales.

____ 7. Submit to random testing of your blood, breath and/or urine for the presence of alcohol or illegal controlled substances by law enforcement officers or your probation officer if on probation.

____ 8. Report in person to the Park County Sheriff's Office or the _____ Police Department at least _____ between the hours of _____ .M. and _____ .M.

____ ✓ 9. Do not have any contact with _Willie Doziel_ .

____ ✓ 10. Do not bother or harass any witness to this matter.

____ 11. Other _____

____ ✓ 12. Reappear before this Court on _May 15, 2017_ at the hour of _1:30_ .M. at the  
    ☑ Cody ☐ Powell courtroom for:

    ☐ Bench Trial      ☐ Jury Trial  
    ☐ Preliminary Hearing      ☐ Pretrial Conference  
    ☐ Sentencing      ☐ Revocation Hearing

**ANY SINGLE VIOLATION OF CONDITIONS SHALL SUBJECT YOU TO ARREST  
AND REVOCATION OF YOUR RELEASE AND BOND**

Dated: _January 19, 2017_            _____  
                                                         Circuit Court Judge / Magistrate

## VOLUNTARY STATEMENT
### Witness/Victim

I volunteer the following information of my own free will, for whatever purpose(s) it may serve.

WHEN THE GROUP OF INMATES CAME INTO THE MEETING THEY SAT DOWN BUT AS I LOOKED UP I SAW A SPANISH MAN GET UP AND GET IN THE FACE OF WILLIE AYERS. HE WAS SAYING SOMETHING ABOUT WILLIE TAKING HIS PAPERWORK OR why he did that. @ That point I saw the SPANISH MAN PUNCH WILLIE Down to the ground Hitting him in the Nose - the chairs flying to the side Willie did'nt fight back that I could see Stay on the floor bleeding until the C.O's (2) came in to break it up

I have read each page of this statement consisting of ___ page(s). Each page bears my signature, and corrections, if any, bear my initials. I certify that the facts contained herein are true and correct.

DATE: 1-9-17   TIME: 10:45   SIGNATURE: Dennis Fixmer

WITNESS: _____   WITNESS: _____
OFFICER: Neal Carr   CASE NO: 17-44 PCSO

DENNIS FIXMER

Bible Study providers no contact

# VOLUNTARY STATEMENT
## Witness/Victim

I volunteer the following information of my own free will, for whatever purpose(s) it may serve.

Denny and I were in the Bible study room with group two. Roy Rodriguez came in and sat to my left area and at one point spoke something in Spanish to Johnny Marquez. As everyone got seated Roy Rodriguez jumped up and walked in front of me toward my right and began to accuse another man who I know to be Willie of doing something against him. Roy stood over Willie who was still seated and began to punch him with his fists in the face. Willie went to the ground and I told Roy to stay back. I told Willie to move farther away and I stayed between them. Roy continued a verbal assault on Willie until the jail staff arrived and took him out. Willie was bleeding from the nose and the jail staff took him out as well. Willie later returned to Bible study.

I have read each page of this statement consisting of 1 page(s). Each page bears my signature, and corrections, if any, bear my initials. I certify that the facts contained herein are true and correct.

DATE: 1-9-2017   TIME: 2230   SIGNATURE: Kevin Schmidt

WITNESS: _____  WITNESS: _____

OFFICER: Neal Carr   CASE NO: 17-44 PCSO

Kevin Schmidt
754-8095

Bible study providers no contact