To: Nurse

**Park County Detention Center**

Grievance Form

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB 28 AM 11:13
STEPHAN HARRIS, CLERK
CASPER

Date: 02/21/17
Time: 0925

Name: Rogelio Rodriguez

*Please state clearly the nature of your grievance.*

I am writing this in regards to a medical issue I've been experiencing. I filled a nemer out Febuarry 9th got seen by nurse had to pay for it I seen the doctor Febuarry 16th had to pay for it I've expressed and explained my problem the best way I can this issue is important to me the best solution I got is The Doctor does not see my condition urgent and I was asked 9x I was checked by nurse she seen my problem so therefor a problem exsist the nurse wants me to fill out another nemer that I have to pay for so she can tell me the same thing this problem needs medical atention and if some thing worst hapends with my issue I don wat to suffer this with that said thanks for your time much respect R.R.

Signature: X Rogelio Rodriguez

------

Response

The nurse saw you and Referred you to the Doctor. The Doctor did not feel your condition was emergent as the body part would still come down after going up. The Doctor felt the Best Carse was to moniter your condition and Surgery was not needed. She asked you mottiple times the same question and you replied w/ the same answer which was not a cause for alarm for the Doctor. The symptoms you are experiencing are not emergent.

Signature: LB           Date: 2/21/17

------

Do you wish to appeal? ✓ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

RECEIVED 2/21/17 LB

again the same anser Im not filling out a nemer for the same anser also the doctor told me to lay on my side and put my feet up well can I at least Have a second mattress that would help me with this! please It would help a lil bit. thanks for your ~~the~~ time much Respect

2/22/2017

Mr. Rodriguez,

You were Seen by the Nurse Practitioner and given medical instructions. Your medical request was addressed and therefore this grievance is quashed.

Lt. Toretzon

Notes they are denieing me medical attention and the nurse did not arser the ~~apeal~~ the Lt Toretzon has no medical Knolage he is not a Doctor or a nurse the grirvance is not adressed to Him

Lt. Torczon

# Park County Detention Center

## Grievance Form

Date: 2/22/17
Time: 11:30

Name: Rodriguez, Rogelio

*Please state clearly the nature of your grievance.*

On Febuary 12th at mail pass I got legal mail adressed to United States District Court I notice the seal was peeled off exposeing my legal mail acording to the rule book "Legal mail will be opened in your presence" in this case the seal was pealed off before it got to me the tape that was used to seal it was peald off in peaces the flap was open therfore I could not open it in the presence of the Deputy it was already open I went through the proper chanels grievance prosses exousted all remedies to it entirety even apealing it I did not get no resolution or a name to who opened my legal mail I put in multiple misolanious request to speak to the sheriff or DCI about this iss seeing I want to report a crime federal ofenss and my civil rights being violated I have yet to talk to any body I feel Im being denied my right to report this crime no matter how this legal mail was sealed it was opend RR

Signature: Rogelio Rodriguez

---

### Response

This has already been grieved and is grieved. See the grievance section in your Inmate Rules & Regulations

Signature: [signed]   Date: 2/22/17

---

Do you wish to appeal? _____ (yes or no)
If yes, why do you wish to appeal? *Please answer on reverse side.*

its not quashed my legal mail was opend you cant just quash this I demand to speak to the sherrif or DCI you are bloking me to make a report of a crime, I cant even apeal this this is not fair I expressed that there was no resolution or I never got a name to who opend my legal mail it is clear that it was opend THIS IS NOT QUASHED I dont think you realize the seriousnes of this issue out of all people LT Torczon you should know better Hope you do the right thing thanks for your time. Much Respect RR

X Rogelis Rodriguez

NOTES: They did not acept my apeal informing me this is as far as it goes that its a civil matter and I cant report this to sherriff or DCI they cant do nothing for me They also brought back my letter reguarding this issue stoping my mail to its destination Ive tryed every thing I exausted all remedies and apeals grievance process have not gotten no resolution or a name to who opend my legal mail adressed to United States District court containin legal documents (Notice of lawsut and request for Waiver of service of summons)

Cas NO. 2:17-CV-00014-SWS



LEGAL MAIL

Rogelio Rodriguez Jr
PCDC
1402 River View Drive
Cody Wyoming 82414

Sheriff Scott Stuard
PCDC
1402 River View Drive
Cody Wyoming 82414

Notes: They gave me back this peice of mail February 24, 2017 9:25 AM I sent it out February 23, 2017. they informed me I cant send this stoping its destination INDIGENT



Rogelio Rodriguez Jr
PCDC
1402 River View Drive
Cody, Wyoming 82414

LEGAL MAIL

Clerk, United States District Court
111 S. Wolcott, Room 121
Casper, Wy 82601

OFFICIAL BUSINESS

8260132534



Febuary 24, 2017 Put it out 10:00 am

LEGAL MAIL

Park County Detention Center
1402 verview Drive
Cody, WY 82414

INDIGENT

I will call in a few days and check on this. Let me know if this made it to its destination pleas Thank you!!