17CV14 S

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 MAR -3 AM 11:38
STEPHAN HARRIS, CLERK
CASPER

To whom it may concern I'm writing in reguards to a petitio I filed against Park County Detention Center Doket No. 17CV14 & 17CV23 ever since then I dont feel safe here the have recently destroyed one of the documents for a complaint I was ready to send page 4 "certificate of penal institution" orders from Lt. Torczon, now I cant send the petition, they have opend my legal mail I got Harassed, and threatend, my greivances got shreded my property got lost and not rembust, and contact order was broken entraping me with a witness against me in the same room, got Hurt pulled a muscle in my groin, developed Anxiety, depression and stress Im walking on egg shels, I also feel my mail is being stoped I dont Im sending the petition without the certificate of penal institution please help I repeat I DO NOT FEEL SAFE HERE ever since I filed the petitions

Thanks for your time
with Respect

Rogelio Rodriguez Jr
PcDc
1402 River View Drive
Cody Wyoming 82414

Clerk, United States District Court
111 S. Wolcott, Room 121
Casper, Wy 82601

LEGAL MAIL

PUT OUT MARCH 1 2017
redo cervailance 10:40 Pm

LEGAL MAIL

INDIGENT

Hope this ve kes it to destination I call in a few days to chek