FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 MAR -3 AM 11:37

STEPHAN HARRIS, CLERK
CASPER

# United States District Court

# District of Wyoming

Rogelio Rodriguez Jr
_____

_____

*Plaintiff(s)*

(In the space above enter the full name(s) of the plaintiff(s). If you cannot fit the names of all of the plaintiffs in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names),

v. (-against-)

Park County Detention Center
Deputy Sargent Harris
Deputy Lt. Torczon
Deputy longo
_____
*Defendant(s)*

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

Case No. _____
(To be filled out by Clerk's Office only)

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?

☐ Yes

☐ No

> **NOTICE**
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## COMPLAINT

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ *42 U.S.C. § 1983 (state, county, or municipal defendants)*

☐ *Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)*

### PLAINTIFF INFORMATION

Rodriguez Rogelio
Name (Last, First, MI)            Aliases

21473
Prisoner ID #

Park County Detention Center
Place of Detention

Institutional Address

Park County   Cody           Wyoming         82414
County, City                 State           Zip Code

## PRISONER STATUS

Indicate whether you are a prisoner or other confined person as follows:
- ☑ *Pretrial detainee*
- ☐ *Civilly committed detainee*
- ☐ *Immigration detainee*
- ☐ *Convicted and sentenced state prisoner*
- ☐ *Convicted and sentenced federal prisoner*

## DEFENDANT(S) INFORMATION

Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper using the same format for any additional defendants.

Defendant 1: Park County Detention Center
Name (Last, First)

Detention Center
Current Job Title

Park County Detentio Center 1402 River View Drive
Current Work Address

Park County         Wyoming         82414
County, City        State           Zip Code


Defendant 2: Sargent Hariss
Name (Last, First)

Sargent at Detention Center
Current Job Title

Park County Detention Center 1402 River View Drive
Current Work Address

Park County Cody Wyoming    82414
County, City            State        Zip Code

Defendant 3: Lt. Torczon
Name (Last, First)

leutenant at Detention Center
Current Job Title

Park County Detention Center 1402 River View Drive
Current Work Address

Park County Cody Wyoming  82414
County, City           State        Zip Code

Defendant 4: Deputy longo
Name (Last, First)

Deputy at Detention Center
Current Job Title

Park County Detention Center 1402 River View Drive
Current Work Address

Park County Cody Wyoming  82414
County, City           State        Zip Code

## STATEMENT OF CLAIM ONE

Place(s) of occurrence: Park County Detention Center

Date(s) of occurrence: Febuary 12 2017 federal ofence

State which of your federal constitutional or federal statutory rights have been violated:

Pro Se Civil Rights Complaint                                page 4 of 13

Legal mail opend or tamperd with violation of my civil rights

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you

FACTS:

What happened to you?

On Febuary 12 2017 my legal mail from United states district Court was opend before it got to my hands a federal ofence and acording to inmate Rule book "you legal mail will be opend in your presence in my case it was opend before it got to me the seal was pealed off reguardless to what was used to seal the legal mail it was tampered with opend exposing my legal documents I went through the greivance process exausted all remedies and apeals and got no resolution or names to who might of opend my legal mail I went through chain of comanod and still no resolution it was clear the mail was opend but no one wants to take acountability or be held acountable

Who did what?

I wrote a greivance twards Deputy longo he stated the mail was pealed or opend but did not have acess to the legal documents of had anything to do with the opening of the envulope

I apeald the greivance Deputy Harris anserd the apeal to Deputy Longo resulting with no resolution or names of who opend my legal mail quashing the issue I wrote a greivance to Lt Torczon he anserd back with no resolution or names to who might of opend my legal mail I apealed and he quashed my apeal telling me its no going to go any further I wrote the sherriff about this and never made to its destination they gave them back to me sayin I cant write the Sheriff

**Was anyone else involved?** Sheriff

## STATEMENT OF CLAIM TWO

*Place(s) of occurrence:* Park County Detention Center

*Date(s) of occurrence:* March 1 2017

State which of your federal constitutional or federal statutory rights have been violated:
civil rights Certificate penel institution got detroyed

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

What happened to you?

On march 1 I gave Deputy the certificate of penel institution to fill out they gave it back stateing I have to go through my attorney for that I followed instructions my attorney come March 2 he told me I did not need Him for that because its a federal paper so he explained it to Deputy Clark he goes and fills it out compleeting the civil complaint paket I seal it in a envolope Deputy clark came back told me he needed it back LT Torczons orders at med pass I asked Sargent Colegrove about this paper He told me I was Destroyed LT. Torczon's orderes I imediatley greived this issue

**Who did what?**

Deputy Clark filled out Certificate of penal institution

Sargent Colegrove informed me the Certificate of penal institution was destroyed orders from LT Torczon.

LT Torczon orders certificate of penal institution to be destroyed stoping my petition be compleat

**Was anyone else involved?**

Deputy Clark
Sargent Colegrove

Witnesses that heard Sargent Colegrove say the Certificate of penal institution was Destroyed order from LT Torczon
Kaylob Parker inmate D unit
Robi Muller inmate D unit
Richard McKlousky inmate in D unit

|   |
|---|
|   |

[Attach additional sheets of paper using the same format for additional claims.]

## ADMINISTRATIVE PROCEDURES

**PLEASE NOTE:** Prisoners **must exhaust** administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.

**Exhaustion of Administrative Remedies as to Claim One**

(a) Is there a grievance procedure at your institution?     ☑ Yes ☐ No

(b) Have you filed a grievance about the facts in claim one?     ☑ Yes ☐ No

   (If you did not file a grievance, skip to d.)

(c) If your answer is YES:

   1. Was the grievance: Informal ☐   Formal ☑   Both ☐
   2. What was the result? no resolution

   3. Did you appeal? ☑ Yes ☐ No
   4. If you did appeal, what was the result? no resolution

(d) If your answer is NO, explain why you did not file a grievance: _____

**Exhaustion of Administrative Remedies as to Claim Two**

(a) Is there a grievance procedure at your institution?     ☑ Yes ☐ No

(b) Have you filed a grievance about the facts in claim one?     ☑ Yes ☐ No

   (If you did not file a grievance, skip to d.)

(c) If your answer is YES:

   1. Was the grievance: Informal ☐   Formal ☑   Both ☐
   2. What was the result? pending I'm havein a hard time getting grievances ansverd in timeley maner in this institution

*Pro Se* Civil Rights Complaint                                                      page 9 of 13

3. Did you appeal?  ☐ Yes  ☐ No ← I will apeal
4. If you did appeal, what was the result? when I do I'll send separate I'm havein problem getting grievances back in timely maner

(d) If your answer is NO, explain why you did not file a grievance: _____

[Attach additional sheets of paper using the same format for additional claims.]

### RELIEF

State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

| |
|---|
| I want justice be made |
| Conpensation |
| Who ever is guilty of opening my mail pay Conesequeses and be held acountable |
| And who ever is covering for this person pay conesquenses |
| |

### PRISONER'S LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).

*Have you brought any other lawsuits in state or federal court while a prisoner?*  ☑ *Yes*  ☐ *No*

*If yes, how many?*  __3__

Number each different lawsuit below and include the following:

Name of case (including defendants' names), court, and docket number

Nature of claim made

How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

| |
|---|
| Writ of heebeas corpus dissmised without prejuCICE lack of jurisdiction case NO. 17-CV-005-S Rogelio Rodriguez jr VS. Park County detention center and Wyoming attorney general |
| Civil rights violated Case NO. 2:17-CV-00014-SWS Rogelio Rodriguez jr VS. Park County detention Center Park County Detention Center Sergent, aka Harris, and Park County Detention Center Deputy AKA Deputy Harris still pending |
| |

**PLAINTIFF'S DECLARATION AND WARNING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the

cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the facts in this complaint are true to the best of my knowledge, information and belief. I understand if this certification is not correct, I may be sanctioned by the Court.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Plaintiff must sign and date the complaint and provide prison identification number and prison address.

__February 25 2017__  __Rogelio Rodriguez R__
Dated                   Plaintiff's Signature

__Rodriguez Rogelio__
Plaintiff's Printed Name (Last, First, MI)

__21473__
Plaintiff's Prison Identification #

__Park County Detention Center   Cody   Wyoming   82414__
Prison Address              City         State         Zip Code

## CERTIFICATION OF MAILING

I declare under penalty of perjury this Complaint was placed in the institutional mailing system or deposited with prison officials on the _March 1 2017_ (month, day, year). I attest first-class postage has been prepaid.

Executed (signed) on _March 1 2017_ . (date)

_Rogelio Rodriguez_
Signature of plaintiff

Rogelio Rodriguez Jr
PCDC
1402 RiverView Drive
Cody Wyoming 82414

LEGAL MAIL

Clerk, United States District Court
111 S. Wolcott Room
Casper, Wy 82601

LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT

Put out March 2, 2017 1:15 pm
video conference

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2013
FSC MIX Paper