FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 MAR 14 PM 1:10
STEPHAN HARRIS, CLERK
CASPER

Hello my name is Rogelio Rodriguez Jr im writing in regards to Comlaints Case NO. 17cv14 ; 17CV23 all grievances should be in your possesion I sent them all to each complaint exept the ones shreded and the certificate of penal institution that was also destroyed. I'm not sure every thing I sent out made it to you but I sent every thing following instruction in here Park County computer Data should be the loged in an outgoing mail I sent from the first compaint in Januar to March also I started putting out side the envolope the date and time the mail was sent capured by park County Video Crevalance all complaints incidents Monday January 9th Tuesday January 10th, Wensday January 11th, Monday January 30th Febuary 12th, March 1st, March 9th are all on adio and video cervailence, can you check into this, I also sent names and signatures of witnesses of incidents, I ve tried to talk to the sheriff about all incidents wrote multiple letters to sheriff and got stoped by this institution staff, nobody has came back to apalagize or investigate these incidents in here I've been getting acused of inventing, cicomventing, Harraced about this issues but all these things I'm complaing about did hapend proff is in the grievance process I tryed my best to sent out, if you notice also in every greivance nobody takes acountability and nobody is held acauntable no resolution, I dont find any sence in the grievance process here a Park County Center they dont respect it, they dont follow the rules, I feel Discriminated, Harrased, threatend Bullied I have been following the rules here the best I can

I respect Every single Deputy in here and yet still they are makeing me feel like I'm doing something wrong I am starting to belive my ethinc race Hispanic has something to do with whats going on here. I am in maximum seecurety since I got here, I get Hit up with off the wall none compliances to keep me in max thats why I say I have to walk on egg shels, ever since I filed the complaints, I have developed Anxiety, stress, Depresion I have pulled a muscle in my groin because of all the incidents in the complaints, I have asked medical for help here for these medical issues i have been expiriencing I have only got help with one Anxiety. I have put in multiple Non Emergency Medical Requests for help and got charged for every single one only got help with one I am indigent and now I'm in dept to Park County Detention Center, I honestly belive my civil rights are being violated they say they are not but in every complaint I put in ther was alot of inconsistansis, rules broken, unprofesional Disrspect, Discrimination, Harrassment, threat, Difamation of character slander Ext..... I'm also in here on charges based on speculation and hersay in on of the cases I put in a petition Writ of Habeas Corpus Cas NO. 17-CV-004-S Im about to put in another Petition Writ of Hebeass corpus on the othe 2 charges. I am waiting to prove my inacence in all charges if I am found guilty I will acept the coneguenses but I'm not acepting extra punishment from this place because I'm inacent

till proven guilty I'm trying to be strong, patient, and respectfull, I am trying to be optomistic there is something wrong here I need help I've exsausted all remedies and grievances, apeals and no resolution They just tell me to do my time with that said I am from the United States I'm not an illegal alien I feel like they treating me that way thanks for your time

— Much Respect —

X Rogelio Rodriguez

17-cv-00023-SWS   Document 35   Filed 03/14/17   Pag

Rogelio Rodriguez Jr
PCDC
1402 River View Drive
Cody, Wy 82414

LEGAL MAIL

LEGAL MAIL

Clerk, United States District Court
111 S. Wolcott Room 121
Casper, Wy 82601

Put out MARCH 10 1:25 pm
video cerveilence

Received and logged
3/10/17

LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT

Hope this mail gets to its destination in a few days I will call and check

© USPS 2013