Hello my name is Rogelio Rodriguez Jr Im writein te exprss some concerns I got every peice of legal mail from united states court envolope are cut from postage part leaving a whole you can see through, and I have noticed so far all Legal mail from Macpherson, Kelly and Thompson, LLC are not cut from postage I notice this mail is from the Defendents attorney with this letter I enclose two envolopes to show you an example of what im talking about this hapends to evry single peice and every single peice is treated different thanks for your time much respect

asosiAted - 17 CV 14

17 CV 23

Rogelio Rodrig...
PCDC
1402 River View Dr
Cody Wy 82414

LEGAL MAIL

LEGAL MAIL  Clerk, United States District Court
111 S. Wolcott Room 121
Casper Wy 82601

video cervalence
Put out March 7

LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT

Hope this peice of mail mackes it to its Destination I will call and check



CLERK, UNITED STATES DISTRICT COURT
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601

Case 2:17-cv-00023-SWS   Document 40   Filed 03/20/17   Page 4 of 7

OFFICIAL BUSINESS

CASPER WY 826

07 MAR 2017 PM 1 L



Rogelio Rodriguez, Jr
PARK COUNTY DETENTION CENTER
1402 River View Drive
Cody, WY 82414

82414$3127 C001

MacPherson, Kelly & Thompson, LLC
PO Box 999
Rawlins, WY 82301




Hasler
03/13/2017
US POSTAGE $00.46

FIRST-CLASS MA

ZIP 82301
011D128106



Rogelio Rodriquez, Jr.
Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

8241483127 C001

CLERK, UNITED STATES DISTRICT COURT
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601

OFFICIAL BUSINESS

CASPER WY 826

31 JAN 2017 PM 1 L

Rogelio Rodriguez, Jr
**PARK COUNTY DETENTION CENTER**
1402 River View Drive
Cody, WY 82414

8241433127 C001

erson, Kelly & Thompson, LLC
999
WY 82301



Hasler
02/24/2017
US POSTAGE $00.46⁰

FIRST-CLASS MAIL

ZIP 82301
011D12810621



Rogelio Rodriguez, Jr.
Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

8241483127 C001